# Order

Michigan Supreme Court
Lansing, Michigan

March 28, 2008

Clifford W. Taylor,
Chief Justice

134940

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KIMBERLY BERMUDEZ, Estate of
ANTHONY BERMUDEZ,
Plaintiff,

and

DIANE CRANMER, Next Friend of SHAUN
CRANMER & KYLE CRANMER, GLENN
T. HEINTZELMAN, Personal Representative
of the Estate of JARED HEINTZELMAN,
Plaintiffs-Appellees,

v

SC: 134940
COA: 276133
Ingham CC: 02-000384-NI

CAPITAL AREA TRANSPORTATION
AUTHORITY,
Defendant-Appellant.

and

GLENN T. HEINTZELMAN, KATHY L.
HEINTZELMAN, and JANET A. LEE,
Defendants.

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2008

Clerk

p0325